NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONOLITHIC POWER SYSTEMS, INC.,**
*Plaintiff/Counterclaim Defendant-Appellee,*

AND

**ASUSTEK COMPUTER INC. AND ASUSTEK COMPUTER INTERNATIONAL AMERICA,**
*Counterclaim Defendants-Appellees,*

v.

**O2 MICRO INTERNATIONAL LTD.,**
*Defendant/Counterclaimant-Appellant.*

---

2012-1221

---

Appeal from the United States District Court for the Northern District of California in case no. 08-CV-04567, Judge Claudia Wilken.

---

## ON MOTION

---

## ORDER

Upon consideration of O2 Micro International Ltd.'s (O2) unopposed motion to reactivate this appeal and set the briefing schedule,

IT IS ORDERED THAT:

The motion is granted. O2's opening brief is due no later than 60 days from the date of this order.

FOR THE COURT

__AUG 14 2012__
Date

_/s/ Jan Horbaly_
Jan Horbaly
Clerk

cc: John R. Alison, Esq.
  Dan L. Bagatell, Esq.
  Edward R. Reines, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 14 2012

**JAN HORBALY**
**CLERK**